United States District Court
Southern District of Texas
**ENTERED**
December 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATESA FOBBS, LATOYA COLLINS, RICKY STEVENS, AND DEONTRE LOWERY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, Plaintiffs, | § § § § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv0624 |
| RIVERWAY BUSINESS SERVICES, INC., *Defendant.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 14, 2023, (Dkt. 36) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Notice of the collective action may be sent to:

> All current and former hourly-paid Customer Service Agents (CSAs) employed by Riverway Business Services, Inc. from February 21, 2020 to present and who during that period (i) worked remotely from a home office; (ii) worked more than 38.34 hours in any workweek from February 21, 2020 to present; (iii) used the Avaya phone system; and (iv) entered their time using the Avaya time-stamp as their login and logoff time.

It is further ORDERED that Defendant must produce to Plaintiffs a list of all potential opt-in plaintiffs with dates of employment and last known contact information, including telephone and email addresses, within 14 days of entry of this Order of Adoption.

**SIGNED** at Houston, Texas this ___8th___ day of December, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE