UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**LATESA FOBBS, LATOYA COLLINS, RICKY STEVENS, and DEONTRE LOWERY,** individually, and on behalf of others similarly situated,

   Plaintiffs,

vs.

**RIVERWAY BUSINESS SERVICES INC.**, a Texas Corporation,

   Defendant.

Civil Action File No. 4:23-cv-00624

## ORDER OF STIPULATED DISMISSAL

Defendants RIVERWAY BUSINESS SERVICES INC, a Texas corporation ("Defendant"), and Plaintiffs LATESA FOBBS, LATOYA COLLINS, RICKY STEVENS AND DEONTRE LOWERY ("Plaintiffs"), through counsel, have settled the disputes in this action pursuant to the terms of a Settlement Agreement dated as of November 25, 2024.

Accordingly, Plaintiffs and Defendant, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to the dismissal of this action and all claims asserted in it with prejudice. This Court shall, as contemplated and expressly permitted by *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), and *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002), retain jurisdiction over this action and the Settlement Agreement for purposes of enforcing the settlement if it becomes necessary.

IT IS THUS ORDERED that this action is therefore dismissed with prejudice and stricken from the docket of the Court, and the Court shall retain jurisdiction as provided above.

Signed on January ___, 2025, at Houston, Texas.

                                                    _____
HON. CHRISTINA A. BRYAN
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS

| Consented to by, | Consented to by, |
|---|---|
| *s/ Oscar A. Rodriguez* | *s/ William R. Stukenberg* |
| **HOOPER HATHAWAY, P.C.** | William R. Stukenberg |
| Oscar Rodriguez (P73413) | Texas Bar No. 24051397 |
| Admitted pro hac vice | Kelly R. Ferrell |
| 126 South Main Street | Texas Bar No. 24093434 |
| Ann Arbor, MI 48104 | Kenesha L. Starling |
| Phone: (734) 662-4426 | Texas Bar No. 24114906 |
| orod@hooperhathaway.com | **PORTER HEDGES LLP** |
| | 1000 Main Steet, 36th Floor |
| **ASH LAW, PLLC** | Houston, TX 77002 |
| Charles R. Ash, IV (P73877) | Phone: (713) 226-6611 |
| Admitted pro hac vice | Fax: (713) 226-6211 |
| 402 West Liberty Street | wstukenberg@porterhedges.com |
| Ann Arbor, MI 48103 | kferrell@porterhedges.com |
| Phone: (734) 234-5583 | kstarling@porterhedges.com |
| cash@nationalwagelaw.com | |
| | *Counsel for Defendants* |
| **MORGAN & MORGAN, P.A.** | |
| Andrew R. Frisch (FBN 27777) | |
| 8151 Peters Road, Suite 4000 | |
| Plantation, FL 33324 | |
| Phone: (954) WORKERS | |
| Fax: (954) 327-3013 | |
| AFrisch@forthepeople.com | |
| | |
| *Counsel for Plaintiffs and the Putative Collective/Class Members* | |