UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LATESA FOBBS, LATOYA COLLINS, RICKY STEVENS, and DEONTRE LOWERY,** individually, and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**RIVERWAY BUSINESS SERVICES INC.,**<br>a Texas Corporation,<br><br>　　　　Defendant. | Civil Action File No. 4:23-cv-00624 |

## STIPULATION OF DISMISSAL AND REQUEST FOR ENTRY OF ORDER

Defendants RIVERWAY BUSINESS SERVICES INC, a Texas corporation ("Defendant"), and Plaintiffs LATESA FOBBS, LATOYA COLLINS, RICKY STEVENS AND DEONTRE LOWERY ("Plaintiffs"), through counsel, have settled the disputes in this action pursuant to the terms of a Settlement Agreement dated as of November 25, 2024.

Accordingly, Plaintiffs and Defendant, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to the dismissal of this action and all claims asserted in it with prejudice. The parties request that the Court, as contemplated and expressly permitted by *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), retain jurisdiction over this action and the Settlement Agreement for purposes of enforcing the settlement if it becomes necessary. See also *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002) (quoting *Kokkonen*, 511 U.S. at 380-81). "[A] court's 'ancillary jurisdiction' 'to manage its proceedings, vindicate its authority, and effectuate its decrees' provides such an independent jurisdictional basis to enforce a settlement agreement only if 'the parties' obligation to comply with the terms of the settlement agreement ha[s] been made part of the order of dismissal.'"

The parties request that the Court enter the tendered Order of Stipulated Dismissal to this effect. This stipulated dismissal is contingent upon the Court's entry of the Order of Stipulated dismissal, which is submitted contemporaneously with this stipulation.

Dated: January 10, 2025

Respectfully submitted,

*s/ Oscar A. Rodriguez*
**HOOPER HATHAWAY, P.C.**
Oscar Rodriguez (P73413)
Admitted pro hac vice
126 South Main Street
Ann Arbor, MI 48104
Phone: (734) 662-4426
orod@hooperhathaway.com

**ASH LAW, PLLC**
Charles R. Ash, IV (P73877)
Admitted pro hac vice
402 West Liberty Street
Ann Arbor, MI 48103
Phone: (734) 234-5583
cash@nationalwagelaw.com

**MORGAN & MORGAN, P.A.**
Andrew R. Frisch (FBN 27777)
8151 Peters Road, Suite 4000
Plantation, FL 33324
Phone: (954) WORKERS
Fax: (954) 327-3013
AFrisch@forthepeople.com

*Counsel for Plaintiffs and the Putative Collective/Class Members*

Respectfully submitted,

*s/ William R. Stukenberg*
William R. Stukenberg
Texas Bar No. 24051397
Kelly R. Ferrell
Texas Bar No. 24093434
Kenesha L. Starling
Texas Bar No. 24114906
**PORTER HEDGES LLP**
1000 Main Steet, 36th Floor
Houston, TX 77002
Phone: (713) 226-6611
Fax: (713) 226-6211
wstukenberg@porterhedges.com
kferrell@porterhedges.com
kstarling@porterhedges.com

*Counsel for Defendants*