United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**LATESA FOBBS, LATOYA COLLINS, RICKY STEVENS, and DEONTRE LOWERY,** individually, and on behalf of others similarly situated,

Plaintiffs,

vs.

**RIVERWAY BUSINESS SERVICES INC.,** a Texas Corporation,

Defendant.

Civil Action File No. 4:23-cv-00624

## ORDER OF STIPULATED DISMISSAL

Defendants RIVERWAY BUSINESS SERVICES INC, a Texas corporation ("Defendant"), and Plaintiffs LATESA FOBBS, LATOYA COLLINS, RICKY STEVENS AND DEONTRE LOWERY ("Plaintiffs"), through counsel, have settled the disputes in this action pursuant to the terms of a Settlement Agreement dated as of November 25, 2024.

Accordingly, Plaintiffs and Defendant, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to the dismissal of this action and all claims asserted in it **with prejudice**. This Court shall, as contemplated and expressly permitted by *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), and *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002), retain jurisdiction over this action and the Settlement Agreement for purposes of enforcing the settlement if it becomes necessary.

IT IS THUS ORDERED that this action is therefore **dismissed with prejudice** and ~~stricken from the docket of the Court, and~~ the Court shall retain jurisdiction as provided above.

Signed on January __10__, 2025, at Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

Consented to by,

*s/ Oscar A. Rodriguez*
**HOOPER HATHAWAY, P.C.**
Oscar Rodriguez (P73413)
Admitted pro hac vice
126 South Main Street
Ann Arbor, MI 48104
Phone: (734) 662-4426
orod@hooperhathaway.com

**ASH LAW, PLLC**
Charles R. Ash, IV (P73877)
Admitted pro hac vice
402 West Liberty Street
Ann Arbor, MI 48103
Phone: (734) 234-5583
cash@nationalwagelaw.com

**MORGAN & MORGAN, P.A.**
Andrew R. Frisch (FBN 27777)
8151 Peters Road, Suite 4000
Plantation, FL 33324
Phone: (954) WORKERS
Fax: (954) 327-3013
AFrisch@forthepeople.com

*Counsel for Plaintiffs and the Putative Collective/Class Members*

Consented to by,

*s/ William R. Stukenberg*
William R. Stukenberg
Texas Bar No. 24051397
Kelly R. Ferrell
Texas Bar No. 24093434
Kenesha L. Starling
Texas Bar No. 24114906
**PORTER HEDGES LLP**
1000 Main Steet, 36th Floor
Houston, TX 77002
Phone: (713) 226-6611
Fax: (713) 226-6211
wstukenberg@porterhedges.com
kferrell@porterhedges.com
kstarling@porterhedges.com

*Counsel for Defendants*